Opinion filed March 15, 1899.

---

[Civil No. 655.]

A. J. DAGGS et al., Plaintiffs in Error, v. THOMPSON WALKER et al., Defendants in Error.

WRIT OF ERROR from a judgment of the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

A. J. Daggs, for Plaintiff in Error.

Walter Bennett, for Defendants in Error.

PER CURIAM.—We find the record in this case very much the same as we found the record of proceedings in the case of *Johns* v. *Bank* (just decided), *ante,* p. 290, 56 Pac. 725. We find the writ of error in this case to be directed to the sheriff, instead of to the defendant in error. We also find that this cause was on appeal to the supreme court in the January term of 1898, and upon motion of appellee was dismissed; that immediately upon dismissal of the appeal, a writ of error was sued out. For these reasons, on the authority of the case of *Cadman* v. *Copper Company,* 4 Ariz. 413,[1] and upon the authority of *Johns* v. *Bank, supra,* the writ of error is dismissed.

Opinion filed March 15, 1899.     Dismissed, 46 L. Ed. 1262.

---

[1] No written opinion.